## SMITH *v.* THE STATE.

APPEAL from the *Howard* Common Pleas.

GREGORY, J.—Information against Smith for selling intoxicating liquor to one *Browning*, a minor. Plea, not guilty; trial by the court; finding guilty; motion for a new trial overruled; and judgment on the finding.

The only question presented by the record is, does the evidence sustain the finding?

There was but one witness examined on the part of the state, and as to the non-age of *Browning*, he testified as follows: "Think *Browning* was not of age; don't know any thing about his age, except what I heard. I know I heard his mother and himself say he was not of age; he looks like he was of age." That part of the testimony as to what witness heard was objected to by the defendant.

We think this evidence does not sustain the finding of the court.

There was no proof that the defendant knew that *Browning* was a minor, and as *Browning* had the appearance of being of age, the court erred in finding the defendant guilty.

Judgment reversed, and a new trial ordered.

*James W. Robinson*, for appellant.

*D. E. Williamson*, Attorney General, for the State.

------

## SMITH *v.* THE STATE.

APPEAL from the *Howard* Common Pleas.

GREGORY, J.—This case presents the same questions as in the case between the same parties at this term, and is affirmed on the authority of that case.

Judgment affirmed, with costs.

*James W. Robinson*, for appellant.

*D. E. Williamson*, Attorney General, for the State.